Dismissed and Memorandum Opinion filed May 28, 2009








Dismissed
and Memorandum Opinion filed May 28, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00894-CV

____________

 

TRAVIS OTTO D/B/A TRAVIS ENTERPRISES/TERAC CO.,
Appellant

 

V.

 

DAVID CARP/HERZOG, CARP, & MCMANUS, P.C., Appellee

 

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 2007-42349

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 1, 2008.  The clerk=s record was filed on January 5,
2009.  No reporter=s record was taken.  No brief was filed.

On April
2, 2009, this Court issued an order stating that unless appellant submitted his
brief, together with a motion reasonably explaining why the brief was late, on
or before May 4, 2009, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).








Appellant filed no response.  Accordingly, the appeal
is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Seymore, Brown, and
Sullivan.